**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Black Diamond Energy, Inc.**, Case No. **11-**
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wold Oil Properties, Inc.<br>139 West Second Street<br>Suite 200<br>Casper, WY 82601 | | | | $37,371.62 |
| Bourland & Leverich Supply Co.<br>P.O. Box 778<br>Pampa, TX 79066 | | | | $28,454.85 |
| Campbell County Treasurer<br>P.O. Box 1027<br>Gillette, WY 82717-1027 | | | | $772,349.86 |
| Chase Card Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | | | $29,405.26 |
| Davis-Lynch, Inc.<br>P.O. Box 262326<br>Houston, TX 77207-2326 | | | | $46,305.00 |
| EMIT Water Discharge Tech.<br>P.O. Box 6795<br>Sheridan, WY 82801 | | | | $81,958.78 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Black Diamond Energy, Inc.**, Debtor    Case No. **11-**    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Exterran ABS 2007 LLC<br>P.O. Box 201160<br>Dallas, TX 75320-1160 | | | | $48,651.92 |
| Johnson County Treasurer<br>76 North Main Street<br>Buffalo, WY 82834 | | | | $532.197.65 |
| Melgaard Construction Co., Inc.<br>P.O. Box 2408<br>Gillette, WY 82717 | | | | $219,769.80 |
| Little Buffalo Ranch<br>2635 Clarkelen Road<br>2635 Clarkelen Road<br>Gillette, WY 82718 | | | | $22,500.00 |
| Juaquin Michelena<br>1863 Upper Powder River Road<br>Arvada, WY 82831 | | | | $42,420.00 |
| Mountain States Pipeline, Inc.<br>435 H-K Road<br>Moorcroft, WY 82721 | | | | $49,594.71 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Black Diamond Energy, Inc.**, Case No. **11-**
Debtor                                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pearl Fieldservices<br>1082 E. Brundage Lane<br>P.O. Box 783<br>Sheridan, WY 82801 | | | | $45,738.75 |
| Powder River Energy Corp.<br>221 Main Street<br>P.O. Box 930<br>Sundance, WY 82729-0930 | | | | $293.656.11 |
| Powder River Livestock<br>1637 Upper Powder River Road<br>Arvada, WY 82831 | | | | $19,200.00 |
| Quarter Circle Nine<br>91 Bozeman Avenue<br>Buffalo, NY 82834 | | | | $63,943.00 |
| State of Wyoming<br>Department of Revenue<br>122 West 25th Street<br>Cheyenne, WY 82002-0110 | | | | $124,213.19 |
| The O&G Asset Clearinghouse<br>P.O. Box 671787<br>Houston, TX 77267-1787 | | | | $103,338.31 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Black Diamond Energy, Inc.**, Case No. **11-**
　　　　　　　　　　Debtor　　　　　　　　　　 Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Thunder Creek Gas Services, LLC<br>717 17th Street<br>Suite 1500<br>Denver, CO 80202-3315 | | | | $20,015.21 |
| BME Industrial Companies, LLC<br>P.O. Box 50585<br>Casper, WY 82605 | | | | $36.087.17 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric D. Koval, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **7/27/2011**　　　　　Signature: **s/ Eric D. Koval**

　　　　　　　　　　　　　　　　　　**Eric D. Koval ,President**
　　　　　　　　　　　　　　　　　　(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.